IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NAURA ROLON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: |
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

**TO: THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

Comes now Defendant, Minnesota Life Insurance Company ("Minnesota Life"), and respectfully notifies this Court of the removal of the above-styled cause from the Circuit Court for the 13th Judicial District in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §1332 and §1441, and says as follows:

I.

This action is being removed to federal court based upon diversity of citizenship under 28 U.S.C. §1332.

II.

On or about February 2, 2023, Plaintiff filed in the state court the above-entitled civil action, bearing Case No. 23-CA-001003 in the records and files of that Court.

III.

The aforesaid state court action is a suit of a wholly civil nature of which the United States District Court for the Middle District of Florida, Tampa Division has original jurisdiction under 28 U.S.C. §1332 and is one that may be removed by petitioner pursuant to 28 U.S.C. §1441(a) and (b).

IV.

This Court has subject matter jurisdiction over this matter because this is an action between citizens of different states and/or is an action between a citizen of a state and a citizen or subject of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  Plaintiff is a citizen of the State of Florida. Defendant is a corporation organized pursuant to the laws of the State of Minnesota with its principal place of business in the State of Minnesota. Among other things, Plaintiff's complaint seeks accidental death and dismemberment benefits in excess of $300,000, plus interest penalties, fees and costs. Thus, although Defendant denies that Plaintiff is entitled to any remedy herein, much less the remedies sought in her complaint, the amount sought by Plaintiff in their complaint and put at issue in this case exceeds the statutory minimum of $75,000.00.

V.

This action is therefore one of which the United States District Court for the Middle District of Florida, Tampa Division, has diversity of citizenship jurisdiction under 28 U.S.C. §1332 and §1441(a) and this action may be removed to this Court by petitioner pursuant to 28 U.S.C. §1441(a) and (b).  Hillsborough County, Florida is

within the venue of the Tampa Division of the United States District Court for the Middle District of Florida.

## VI.

This petition is being filed pursuant to 28 U.S.C. §1446 within thirty (30) days of service of the initial pleading in which a removable claim is asserted, and is removable in that:

    a.    The time for filing this petition under 28 U.S.C. §1446 has not expired; and

    b.    The parties are citizens of different states and/or this is an action between the citizen of a state and a citizen or subject of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## VII.

Therefore, Defendant files this Notice of Removal of this action from the Circuit Court for the 13th Judicial District in and for Hillsborough County, Florida, in which it is now pending, to the United States District Court for the Middle District of Florida, Tampa Division. There are attached to this notice, marked Exhibit "A" and incorporated by reference, true and correct copies of all process, pleadings, and orders served upon Defendant in this action.

## VIII.

Also attached to this notice, marked as Exhibit "B" and incorporated by reference, is a true and correct copy of the Notice of Filing Notice of Removal that will

be filed (without exhibits) with the Circuit Court for the 13th Judicial District in and for Hillsborough County, Florida.

**WHEREFORE,** Defendant notifies this Court of the removal of this action from the Circuit Court of the 13th Judicial District in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: February 24, 2023                     Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Stephanie A. Segalini*
Stephanie A. Segalini (FL Bar No. 092630)
100 N. Tampa St., Suite 3600
Tampa, FL 33602
Ph.: (813) 221-7216
Fax.: (813) 289-6530
stephanie.segalini@ogletreedeakins.com
ATTORNEYS FOR DEFENDANT
MINNESOTA LIFE INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2023 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that a true and accurate copy was sent via electronic mail to:

>Whitney Page, Esq.
>whitney@victimaid.com
>Jason Turchin, Esq.
>jason@victimaid.com
>Law Offices of Jason Turchin
>2883 Executive Park Drive, Suite 103
>Weston, FL  33331

>*/s/ Stephanie A. Segalini*
>Stephanie A. Segalini